No. 309. EXCHANGE DRUG CO. *v.* LONG, CHAIRMAN OF THE STATE TAX COMMISSION OF ALABAMA, ET AL. Argued March 7, 1930. Decided March 12, 1930. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Wabash R. R. Co.* v. *Flannigan,* 192 U. S. 29; *Erie R. R. Co.* v. *Solomon,* 237 U. S. 427; *Zucht* v.

*King,* 260 U. S. 174; *Sugarman* v. *United States,* 249 U. S. 182; *C. A. King & Co.* v. *Horton,* 276 U. S. 600; *Bank of Indianola* v. *Miller,* 276 U. S. 605; *Roe* v. *Kansas,* 278 U. S. 191. *Mr. Robert Benson Evins* for appellant. *Messrs. Charlie C. McCall,* Attorney General of Alabama, *Richard T. Rives,* Special Assistant Attorney General, and *Lawrence H. Lee* on the brief for appellees.